# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1460

United States of America

Appellee

v.

Milton Ohlsen, III

Appellant

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:11-cr-00284-ERW-1)

___

**MANDATE**

In accordance with the judgment of 07/12/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 12, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit